IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK 17-40673 |
| | ) | Chapter 12 |
| ROFFERS' RANCH, LLC, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

APPLICATION FOR APPROVAL OF SALE OF REAL ESTATE FREE AND CLEAR OF
LIENS; NOTICE OF OBJECTION/RESISTANCE DEADLINE;
AND CERTIFICATE OF SERVICE

COME NOW the Debtor and for its Application for Approval of Sale of Real Estate Free and Clear of Liens, and alleges as follows:

1. The Debtor filed for relief under Chapter 12 of the bankruptcy code on May 2, 2017.
2. Debtor owns real estate located at 6011 State Hwy 250 Rushville, Nebraska more accurately described as the E1/2 (less 5 acres in NE1/4) of Section 3; N1/2 and SW1/4 of Section 10, Township 31 North, Range 44 West of the 6th P.M., Sheridan County, Nebraska.
3. Debtors have entered into a purchase agreement to sell the property for $1,500,000.00. A copy of the agreement is attached hereto as Exhibit A.
4. Debtor does not expect any net sale proceeds from the closing of this transaction to be paid to the Debtor because all the proceeds will be used to pay administrative expenses, including the annual Trustee's fee of $6,000, Debtor's attorney's fees in the approximate balance of $8,000.00, and realtor fees and normal closing expenses. A copy of the pro forma closing statement is attached hereto as Exhibit B.
5. Upon closing of the transaction, the net funds shall be paid to the Chapter 12 Trustee for disbursement pursuant to the Application and Order approving the Application.
6. Proceeds from the sale shall be applied by Farm Credit Services of America, FLCA and PCA (Production Credit Association) first to pay off all real estate loans and then to make prorata payments on remaining debts owed to Farm Credit Services of America, FLCA and PCA. After application of the additional payments, which will be first applied to interest and then principal, the balance due shall be reamortized

1

over the period set forth in the Plan. A new payment plan summary shall be prepared and filed by the Debtor with the Trustee.

WHEREFORE, Debtor prays for an order of the Court approving the sale of the real estate as described herein free and clear of liens; payment of administrative fees and for such other relief as the Court deems just and equitable.

Nebraska Rule of Bankruptcy Procedure 9013 provides that all resistances to the Application for Approval of Sale of Real Estate shall set forth the specific factual and legal basis and conclude with a particular request for relief and shall be served in conformance with Nebraska Rule of Bankruptcy Procedure 9014.

IF NO WRITTEN RESISTANCE OR REQUEST FOR HEARING IS FILED WITH THE BANKRUPTCY COURT CLERK, 460 FEDERAL BUILDING, 100 CENTENNIAL MALL NORTH, LINCOLN, NEBRASKA 68508 AND SERVED UPON PHILIP KELLY, COUNSEL FOR THE DEBTORS, ON OR BEFORE August 28, 2018, THE BANKRUPTCY COURT WILL CONSIDER ENTERING AN ORDER GRANTING THE RELIEF SOUGHT IN THE APPLICATION FOR APPROVAL OF SALE OF REAL ESTATE. If a timely resistance or request for hearing is filed and served, the Bankruptcy Court will schedule a hearing with notice of the hearing being limited to parties who timely file a written resistance or request for hearing and Philip Kelly, counsel for the Debtors.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

DATED: August 7, 2018

                ROFFERS' RANCH, LLC, Debtor

By _____
Philip M. Kelly, NSBA #15427
DOUGLAS, KELLY, OSTDIEK, SNYDER, OSSIAN, VOGL and SNYDER, P.C.
105 E 16th Street – PO Box 419
Scottsbluff NE 69363-0419
Telephone: (308) 632-7191
FAX: (308) 635-1387
E-mail: pkelly@scottsblufflaw.com

## CERTIFICATE OF SERVICE

A copy of the Application for Approval of Sale of Real Estate was sent this 7th day of August, 2018 by regular United States Mail, sufficient postage attached, to all parties on the attached mailing matrix, except for those receiving notification electronically via the CM/ECF system as indicated by a (+) beside their name on the attached matrix.

_____
Philip M. Kelly, NSBA #15427

3

**Farmers National Company**

11516 Nicholas Street, Omaha, NE 68154
Phone (402) 496-3276 Fax (402) 496-7956
www.farmersnational.com

## Real Estate Sale Contract
*This is a legally binding contract. If not understood, seek legal advice.*

Sale No: _____
Date: June 20, 2018

The undersigned, **Wayne F Childers and Elizabeth A Childers** _____, Buyer, having examined the below described premises to my complete satisfaction, hereby offers to purchase the same, through Farmers National Company, on the terms and conditions set forth, herein.
This offer shall expire at **12:4** o'clock **P** M, on **June 22**, 20 **18**.
If notification of the Seller's unqualified acceptance of this offer is not communicated to me prior to that time by Seller or his agent, this offer shall be deemed revoked, and my earnest money promptly refunded to me. I acknowledge that no other agent has offered this property to me, and that no representation made to me by the agent is being relied upon by me, other than those set forth, herein.

### 1. PROPERTY
Legal Description: East Half (E1/2) of Section 3 except 5.0+/- acres in the Northeast Quarter; North Half (N1/2) and Southwest Quarter (SW1/4) opt Section 10; Township 31 North, Range 44 West of the 6th P.M. Sheridan County, Nebraska
_____
_____

containing **793.83** acres more or less situated in **Sheridan** County, **NE** State, together with all appurtenant rights, privileges, easements, improvements & fixtures in their current condition and including all mineral, wind, certified irrigated acres, water rights owned by Seller (excluding any mineral & water rights previously reserved or conveyed of record) unless expressly reserved by Seller in the Contract, as provided below:
Any existing mineral-gravel, water rights currently owned by Seller to be conveyed to Buyer at closing
_____

I agree to acquire all personal property, fixtures and buildings, if any, in an "As Is-Where Is" condition with no guarantees or warranties from the Seller or their Agents.

### 2. CONTRACT SALES PRICE AND TERMS
I agree to pay Seller the total sum of $ **1,500,000.00** dollars for the real estate, as follows:
Earnest money in the amount of $ **5,000.00** dollars accompanies this contract, having been deposited with **James Land Company** _____, the receipt of which is hereby acknowledged by Farmers National Company. I understand that my earnest money check will be cashed upon acceptance of this offer by Seller.

At closing, upon delivery of a **Warranty** deed, and all other documents needed to properly transfer title, $ **1,495,000.00** shall be paid to the Seller by certified check, money order, or wire transfer.

### 3. CLOSING AND POSSESSION
Closing of the sale shall occur on **Sept 25**, 20 **18**, or such other date agreed to by the parties, following which I am to have possession of the property, unless an alternative possession date is otherwise agreed. Full possession subject to tenant's rights will be on or about **Sept 20, 2018**.

### 4. CONVEYANCE
Seller shall provide me with evidence of marketable title in the form of a ☐ complete updated abstract of title or a ☑ policy of title insurance. Objections to title, if any, shall be presented to Seller within seven days thereafter. The closing shall occur on or about the agreed date to close, or within seven days after title objections have been cured by the Seller, whichever date is later. I agree to pay **50** % of the cost of providing evidence of marketable title, the balance to be paid by Seller. Farmers National Company assumes no responsibility for providing evidence of marketable title, examination of the title, or curing title defects, nor for any closing delays caused thereby.

If the title to the property cannot be made marketable by the intended closing date, or any agreed extension thereof, this contract shall be rescinded and my earnest money shall be refunded. Should I otherwise refuse or fail to consummate the purchase, Seller shall be entitled to retain the earnest money as liquidated damages; however, this forfeiture shall not preclude Seller from seeking other legal recourse. In either event, I agree to immediately abandon all claims upon the Property, and Seller shall have an unqualified right to full possession thereof.

Seller's Initials _____   Buyer's Initials **W.C.**

## 5. INSURANCE
In the event of loss or damage to the property prior to closing, I agree to accept an insurance settlement in lieu of repair or replacement. I understand that I may secure additional coverage at any time at my expense. At closing, insurance covering the property, crops and improvements, shall be provided for as follows:
Insurance to be Seller's responsibility to day of closing. Insurance to be Buyers responsibility after closing

## 6. FARM TENANCY AND RENTS
Seller shall terminate any leases on the property prior to closing, unless otherwise agreed herein.
Seller [ ] Buyer [ ] shall receive the landlord's share of the crop or ____% share of the total cash rent for the ____ crop year.
Seller [ ] Buyer [ ] shall pay ____% of the landlord's share of the ____ crop year expenses.

## 7. REAL ESTATE & PERSONAL PROPERTY TAXES
Seller shall pay real estate taxes and personal property taxes, if applicable, and special assessments, based on tax record information as of closing, as follows:
Seller to be responsible for 2017 and all prior years real estate taxes. 2018 real estate taxes to be prorated to day of closing

_____. All subsequent taxes shall be my responsibility following closing.

## 8. GOVERNMENT AGRICULTURAL PROGRAMS
[✓] Seller [ ] Buyer will receive landowner's share, if any, of annual government program payments for the 2018 crop year. Payments for subsequent years will go to Buyer.
[✓] Seller [ ] Buyer will receive landowner's share, if any, of conservation reserve program payments for the 2018 crop year. Payments for subsequent years will go to the Buyer.
Seller agrees to provide yield and other required documentation to Buyer to fulfill the obligations of government programs, if any.
Other provisions: _____.
I agree to accept the assignment and responsibilities thereof of all existing Federal/State program contracts from the Seller, if any.

## 9. SURVEY
Seller shall provide a new boundary survey for any parcel where there is no existing legal description or where new boundaries are created by the parcel divisions of the auction. Final purchase price [ ] will [ ] will not be based upon surveyed acres. Cost of survey will be paid by the [ ] Seller [ ] Buyer. If survey cost is split, buyer and seller will pay the following percentage of cost: ____ Seller % ____ Buyer
[✓] No survey needed

## 10. TAX DEFERRED EXCHANGE (Check if applicable [✓])
It is the [ ] Sellers [✓] Buyers intent to use this transaction in an Internal Revenue Service Code Section 1031 Tax Deferred Exchange. Buyer agrees to cooperate with the Seller and the Seller agrees to cooperate with the Buyer in any such tax deferred exchange. Any legal documents necessary or desirable to affect the exchange and any expenses incurred in connection with such exchange transaction shall be the sole responsibility of the person utilizing such exchange.

## 11. MISCELLANEOUS PROVISIONS
1) Offer to be contingent on Buyer financing and appraisal of property.
2) Sale to include all gates, metal panals, hydralic chute, water tanks, and misc equipment currently in use for cattle operation.
3) Buyer requests an NRCS well test within 30 days of acceptance of contract
4) Buyer requests to do a walk-drive through of property prior to closing
5) Buyer to do an inspection of sprinkler, irrigation system, 30 days prior to closing
6) Weather permitting, Buyer requests option to plant winter grain in available fields, not already planted to fall harvesting crops, in the first part of September
7) All machinery and or misc equipment belonging to Sellers to be removed from property by October 15, 2018. Any machinery and or misc equipment remaining after October 15, 2018 to become property of Buyers unless prior agreeable arrangments with Buyers have been made.

2

Seller's Initials ____   Buyer's Initials EC

**12. ESCROW SERVICE**
Buyer and Seller acknowledge and understand that the closing of the sale will be handled by an Escrow Closing Service and that Broker is authorized to transfer the earnest money or any other funds it receives to said Escrow Service before or at the time of closing. After said transfer, Broker shall have no further responsibility or liability to Buyer or Seller for the accounting of said funds. Escrow fees shall be equally divided between Buyer and Seller unless Buyer is obtaining a VA or FHA loan, then cost shall be paid by Seller. The identified Escrow Closing Service is as follows: Dawes County Abstract and Title Company, Inc         . If the identity is unknown at the date of this contract, such identification will be made at the earliest opportunity.

**13. ASSIGNMENTS**
This Real Estate Contract is binding on and shall inure to the benefit of the parties hereto and their heirs, successors and approved assigns. The contract may not be assigned by the Buyer or Seller without the written consent of the other party, which shall not be unreasonably withheld.

**14. DISCLOSURES**
Disclosure Statement: It is clearly understood and agreed by the parties hereto that Farmers National Company is acting as or under the following relationship, [ ] Seller Agent [✓] Buyer Agent [ ] Designated Agency [ ] Dual Agency [ ] Limited Agency [ ] or as a [ ] Transactional Broker and that all parties have been provided with any state required brokerage disclosure information.

**15. SELLER UNDERSTANDS IT IS ILLEGAL FOR EITHER SELLER OR BROKER TO REFUSE TO SELL TO OR DISCRIMINATE AGAINST ANY PERSON BECAUSE OF THE PERSON'S RACE, COLOR, SEX, RELIGION, NATIONAL ORIGIN, ANCESTRY, AGE, FAMILIAL STATUS, HANDICAP, MARITAL STATUS, OR UNFAVORABLE DISCHARGE FROM MILITARY SERVICE, AS THOSE TERMS ARE DEFINED IN THE FEDERAL FAIR HOUSING ACT OR ANY OTHER APPLICABLE FEDERAL, STATE, COUNTY, OR LOCAL STATUTE OR ORDINANCE.**

This agreement may be signed in counter parts, each of which shall be deemed as an original, but all of which together shall constitute one and the same document. If this agreement is signed in counterparts, no signatory hereto shall be bound until all parties named below have duly executed, or caused to be duly executed, a counterpart of this Agreement.

Facsimile copies and signatures on this Contract shall be as valid as an originally signed Contract.

## OFFER

| Wayne F Childers | 6/20/2018 | 44 Nikkel Rd, Sedan, NM 88436 |
| Buyer /s/ Wm Chih | Date | Address |

| Elizabeth A Childers /s/ Elizabeth A Childers | 6/20/2018 | 44 Nikkel Rd, Sedan, NM 88436 |
| Buyer | Date | Address |

SS#: _____

## ACCEPTANCE

Ronald W Roffers
| Seller | Date | Seller | Date |
| SS#: | | SS#: | |

| Seller | Date | Seller | Date |
| SS# | | SS#: | |

**FARMERS NATIONAL COMPANY, AGENT**   By: Don Gustin

REV 7/2015

3

Seller's Initials _____   Buyer's Initials W.C. / EC





**Black Hills Association of REALTORS**

## ADDENDUM/AMENDMENT TO PURCHASE AGREEMENT

This addendum/amendment is made on *June 22, 2018* and becomes an integral part of the Purchase Agreement dated/accepted on *June 22, 2018* between *Wayne F and Elizabeth A Childers* ("Buyer") and *Ronald W Raffero* ("Seller") for the purchase and sale of the Property located at *6011 State Hwy 250, Rushville, NE 69360-5119*.

The Parties agree that the Purchase Agreement is modified as follows:

*James W Curl to be added as Buyer to Childers/Raffero Purchase Agreement dated June 20, 2018 and Counter Offer dated and accepted June 22, 2018*

All other terms and conditions of said Agreement remain unchanged.

BUYER: 6/23/18, Wm F Ch[ilders] / SELLER: 6/23/18, Ronald W Raffero
6/25/18, Elizabeth Childers
6/25/18, James W Curl

The following is for informational purposes only and they shall not be considered parties to this contract.

Selling Company: *Farmers National Company*   Selling Salesperson: *Don Gustin*
Listing Company: *James Land Company*   Listing Salesperson: *Brad James*

Copyright ©2018 Black Hills Association of REALTORS'. All Rights Reserved
This form is authorized for the use of the members of the Black Hills Association of REALTORS' only. (revised) BHAR 05/07



**Black Hills Association of REALTORS®**

## ADDENDUM/AMENDMENT TO PURCHASE AGREEMENT

This addendum/amendment is made on _July 5, 2018_ and becomes an integral part of the Purchase Agreement dated/accepted on _June 22, 2018_ between _Wayne F and Elizabeth A Childers, and James W Curl_ ("Buyer") and _Ronald W Rotters_ ("Seller") for the purchase and sale of the Property located at _6011 State Hwy 250, Rushville, NE 69360-5119_

The Parties agree that the Purchase Agreement is modified as follows:

_Property to be divided as follows: James W Curl to purchase West Half (W1/2) Sec 10, Twp 31, Rng 44 West of the 6th PM, Sheridan County NE consisting of 320+/- acres for a total price of $577,700.00._

_Wayne F and Elizabeth A Childers to purchase North East Quarter (NE1/4) Sec 10, East Half (E1/2) of Sec 3 except 5.0+/- Twp 31 North Rng 44 West of the 6th PM consisting of 473.83 +/- acres for a total price of $922,300.00._

_Total purchase price for 793.83 acres to remain at $1,500,000.00_

All other terms and conditions of said Agreement remain unchanged.

**BUYER:**   **SELLER:**

___/___   ___/___
Date / Signature   Date / Signature

___/___   ___/___
Date / Signature   Date / Signature

---

*The following is for informational purposes only and they shall not be considered parties to this contract.*

Selling Company: _Farmers National Company_   Selling Salesperson: _Don Gustin_

Listing Company: _James Land Company_   Listing Salesperson: _Brad James_

Copyright ©2018 Black Hills Association of REALTORS®. All Right Reserved.
This form is authorized for the use of the members of the Black Hills Association of REALTORS® only. (revised) BHAR 05/07
Genes 035302-800183-0815815
Prepared by Donald Gustin    Farmers National Company | dgustin@farmersnat.com

Jul.09.2018 09:44 AM FIRST INTERSTATE EDGEMONT 6056627070 PAGE. 1/ 1

**Black Hills Association of REALTORS**

### ADDENDUM/AMENDMENT TO PURCHASE AGREEMENT

This addendum/amendment is made on _July 5, 2018_ and becomes an integral part of the Purchase Agreement dated/accepted on _June 29, 2018_ between _Wayne P and Kimberly A Childers and James W Earl_ ("Buyer") and _Ronald W Roffers_ ("Seller") for the purchase and sale of the Property located at _5311 Bison Hwy 471, Buckhorn, NE 69336-0118_.

The Parties agree that the Purchase Agreement is modified as follows:

Property to be divided as follows: James W Earl to purchase West Half (W/2) Sec 10, Twp 11, Rge 44 West of the 6th PM, Sheridan County NE consisting of 320± acres for a total price of $397,700.00. Wayne P and Kimberly A Childers to purchase North East Quarter (NE1/4) Sec 10, East Half (E1/2) of Sec 9, Section 10 N1/2, Twp 11, Twsp Rge 44 West of the 6th PM consisting of 479.63 ± acres for a total price of $593,500.00.

Total purchase price for BUYERS agree to remain at $1,002,000.00

All other terms and conditions of said Agreement remain unchanged.

BUYERS:
7/5/18 Elizabeth A Childers   7/18/18 Ronald W Roffers
7/5/18 /s/ W Childers
Date    Signature              Date    Signature

7-9-18 /s/ James W Earl

Selling Company: _Farmers National Company_  Selling Salesperson: _Pat Gustin_
Listing Company: _James Land Company_  Listing Salesperson: _Brad James_

Copyright ©2018 Black Hills Association of REALTORS. All rights reserved.

Brokerage: James Land Company Broker: Curt James Office: (307)326-3104
Fax: (307)222-0566 Address: 203 South 1st Street (PO Box 1167) Saratoga, WY 82331

### COUNTER OFFER

**THIS COUNTER OFFER SUPERCEDES ALL PRIOR COUNTER OFFERS. THE CHANGES TO THE TERMS AND CONDITIONS LISTED BELOW ALONG WITH ANY ATTACHED REAL ESTATE PURCHASE AGREEMENT AND/OR ADDENDUMS ARE CONSIDERED A NEW OFFER AND ALL PREVIOUS OFFERS AND COUNTER OFFERS ARE NOT AVAILABLE FOR FUTURE ACCEPTANCE.**

To the extent the terms of this Counter Offer modifies or conflicts with any provisions of the Real Estate Purchase Agreement and all prior Counter Offer(s), the terms in this Counter Offer shall control. All other terms of the attached Real Estate Purchase Agreement and all prior Counter Offer(s) not modified by this Counter Offer shall remain the same.

This is a Counter Offer to the Real Estate Purchase Agreement dated __June 20th, 2018__ between __Wayne F. Childers and Elizabeth A. Childers__ as Buyer and the __Ron Roffero__ as Seller(s) pertaining to the property described as:

__East Half (E1/2) on Section 3 except 5.0 +/- acres in the Northeast Quarter ; North Half (N1/2 and Southwest Quarter (SW 1/4) on: Section 10, Township 31 North Range 44 West of the 6th PM Sheridan County Nebraska__

The parties accept all of the terms and conditions in the attached Real Estate Purchase Agreement and all attached Counter Offers with the following changes:

The earnest money deposit shall be $10,000.00 and balance due at closing shall be $1,490,000.00 in certified check, money order or wire transfer.

This Counter Offer shall expire on or before Monday, June 25th, 2018 at noon 12:00 pm

**THIS IS A LEGALLY BINDING CONTRACT. IF YOU DO NOT UNDERSTAND THE TERMS AND CONDITIONS, CONSULT LEGAL COUNSEL BEFORE SIGNING.**

Seller __Ronald W Roffero__    Date __6/22/18__

Seller _____    Date _____

Buyer Acceptance of Counter Offer
The undersigned Buyer accepts the foregoing Counter Offer on _____ at __4:40__ a.m./p.m.

Buyer __W. P. Childers__    Date __6/22/18__

Buyer __Elizabeth A Childers__    Date __6/22/18__

# SELLER'S STATEMENT

**Borrower:** James W. Curl
**Seller:** Roffers' Ranch, L.L.C., a Nebraska limited liability company
**Settlement Agent:** Dawes County Abstract & Title, Inc.
(308)432-4840
**Place of Settlement:** 321 Bordeaux Street
Chadron, NE 69337
**Settlement Date:** September 25, 2018
**Property Location:** Rural
Rushville, NE 69360
Sheridan County, Nebraska

## CREDITS

| | | |
|---|---|---:|
| Contract sales price | | 577,700.00 |
| Less Total Credits to Seller | **TOTAL CREDITS** | 577,700.00 |

## DEBITS

Commissions paid at settlement    6.0000% = 34,662.00                                    34,662.00
    27,729.60   James Land Company
Note: Line 701 Includes Adjustment of -6,932.40 For commission split
    6,932.40   Farmers National
Note: Line 702 Includes Adjustment of 6,932.40 For commission split

| | | |
|---|---|---:|
| Closing Fee | Dawes County Abstract & Title, Inc. | 250.00 |
| Owner's title insurance to Dawes County Abstract & Title/CTIC | | 681.75 |
| ESTIMATED Outgoing Wire Fees | First National Bank of Chadron | 20.00 |
| State Tax/Stamps      Deed | Sheridan County Register of Deeds | 1,300.50 |
| Less Total Reductions to Amount Due Seller | **TOTAL DEBITS** | 36,914.25 |

## BALANCE

| | |
|---|---:|
| **To Seller** | 540,785.75 |

APPROVED:

Roffers' Ranch, L.L.C., a Nebraska limited liability company

BY:_____

                                                                Dawes County Abstract & Title, Inc.

(CURL-25818.PFD/25818/7)

# SELLER'S STATEMENT

**Borrower:** Wayne F. Childers and Elizabeth A. Childers
**Seller:** Roffers' Ranch, L.L.C., a Nebraska limited liability company
**Settlement Agent:** Dawes County Abstract & Title, Inc.
(308)432-4840
**Place of Settlement:** 321 Bordeaux Street
Chadron, NE 69337
**Settlement Date:** September 25, 2018
**Property Location:** Rural
Rushville, NE 69360
Sheridan County, Nebraska

## CREDITS

| | | |
|---|---|---:|
| Contract sales price | | 922,300.00 |
| Less Total Credits to Seller | **TOTAL CREDITS** | 922,300.00 |

## DEBITS

| | | |
|---|---|---:|
| Commissions paid at settlement    6.0000% = 55,338.00 | | 55,338.00 |
| 44,270.40   James Land Company | | |
| Note: Line 701 Includes Adjustment of -11,067.60 For commission split | | |
| 11,067.60   Farmers National Company | | |
| Note: Line 702 Includes Adjustment of 11,067.60 For commission split | | |
| Closing Fee                Dawes County Abstract & Title, Inc. | | 250.00 |
| Owner's title insurance to Dawes County Abstract & Title/CTIC | | 1,026.75 |
| ESTIMATED Outgoing Wire Fees    First National Bank of Chadron | | 20.00 |
| State Tax/Stamps    Deed    Sheridan County Register of Deeds | | 2,076.75 |
| 2017 County Taxes    01/01/17 to 01/01/18  Sheridan County Treasurer | | 10,831.56 |
| 2018 County Taxes    01/01/18 to 09/26/18  Sheridan County Treasurer | | 7,953.04 |
| 2017 PP Tax         01/01/17 to 01/01/18  Sheridan County Treasurer | | 2,919.12 |
| Less Total Reductions to Amount Due Seller | **TOTAL DEBITS** | 80,415.22 |

## BALANCE

| | |
|---|---:|
| **To Seller** | 841,884.78 |

APPROVED:

Roffers' Ranch, L.L.C., a Nebraska limited liability company

BY:_____
Ronald W. Roffers, President

Dawes County Abstract & Title, Inc.

(CHILDERS-24118.PFD/24118/20)

```
Label Matrix for local noticing           Roffers' Ranch, LLC                      Vincent Ryan
0867-4                                    6011 State Hwy 250                       Gardner, Loutzenhiser & Ryan, P.C.
Case 17-40673-TLS                         Rushville, NE 69360-5119                 P.O. Box 447
District of Nebraska                                                               Chadron, NE 69337-0447
Lincoln Office
Mon Aug  6 17:28:31 CDT 2018

Sheridan County Treasurer                 Arganbright Law Office                   CNH Industrial Capital
P.O. Box 570                              PO Box 67                                Productivity Plus
Rushville, NE 69360-0570                  Valentine, NE 69201-0067                 PO Box 790439
                                                                                   Saint Louis, MO 63179-0439


Channel Bio - a division of Monsanto Company   Downey Drilling, Inc.               Farm Credit Services of America
c/o Sharon Hernandez-B2NB                 PO Box 278                               P.O. Box 2409
800 N. Lindbergh Blvd                     Lexington, NE 68850-0278                 Omaha, NE 68103-2409
St. Louis, MO 63167-1000


Farm Credit Services of America, PCA      First National Bank North Platte         First National Bank of Omaha
PO Box 737                                201 N Dewey                              PO Box 10
Alliance, NE 69301-0737                   North Platte, NE 69101-4036              Alliance, NE 69301-0010


Midwest Seeds of Creighton, LLC           PHI Financial Services, Inc.             PO Box 67
53105 Hwy 59                              c/o Blitt and Gaines, P.C.               PO 67
Creighton, NE 68729-2837                  2536 73rd Street                         Valentine, NE 69201-0067
                                          Des Moines, IA 50322-4700


RCIS                                      Sandhill Oil Co., Inc.                   Sandhill Oil Company
PO Box 38                                 PO Box 279                               Warren R. Arganbright
Anoka, MN 55303-0038                      Hyannis, NE 69350                        PO Box 67
                                                                                   Valentine, NE 69201-0067


Sheridan County Attorney                  Warren R. Arganbright                    Philip Kelly +
PO Box 302                                111 EAST THIRD STREET                    Douglas, Kelly, Ostdiek, Bartels
Gordon NE 69343-0302                      PO Box 67                                Box 419
                                          Valentine, NE 69201-0067                 105 E. 16th Street
                                                                                   Scottsbluff, NE 69361-3140


David W. Pederson +                       Victor E. Covalt III+                    James J Niemeier +
Pederson Law Office                       Ballew Hazen, PC LLO                     McGrath, North, Mullin & Kratz, P.C.
P.O. Box 1625                             3800 VerMaas Place #101                  Suite 3700 First National Tower
North Platte, NE 69103-1625               68502                                    1601 Dodge St.
                                          Lincoln, NE 68502-4455                   Omaha, NE 68102-1650


James A. Overcash +                       Brian J. Koenig +                        Kristin Krueger +
James A. Overcash,Trustee                 Koley Jessen, P.C., L.L.O                Koley Jessen P.C.., L.L.O.
301 South 13th Street, Ste 500            1125 S. 103rd St., Suite 800             1125 South 103rd Street, Suite 800
Woods & Aitken LLP                        Omaha, NE 68124-1079                     Omaha, NE 68124-1079
Lincoln, NE 68508-2546


Jerry Jensen +
Acting Assistant UST
U.S. Trustee's Office
111 South 18th Plz, Suite 1148
Omaha, NE 68102-1321
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Downey Drilling, Inc. | (u)Farm Credit Services Of America, FLCA | (u)Farm Credit Services Of America, PCA |
| (u)First National Bank of Omaha, f/k/a First | (u)First National Bank of Omaha f/k/a First N | (d)Sheridan County Treasurer<br>PO Box 570<br>Rushville NE 69360-0570 |

End of Label Matrix
Mailable recipients    27
Bypassed recipients     6
Total                  33